UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TAMEKA K. MCADOO-LEWIS,

    Defendant,

and

MAGNA INTERNATIONAL OF
AMERICA, INC.,

    Garnishee.
_____/

Case No. 96-72408

Hon. John Corbett O'Meara

**ORDER DENYING DEFENDANT'S REQUEST
FOR HEARING REGARDING GARNISHMENT**

    Plaintiff, the United States of America, obtained a default judgment against Defendant Tameka K. McAdoo-Lewis in 1996. The amount of the judgment is $2,803.81. After unsuccessful collection efforts, Plaintiff served a writ of garnishment on Defendant's current employer, Magna International of America, Inc. Defendant has filed a request for hearing regarding the garnishment, stating that "I paid the loan off which was for 2,500 and several of my refunds for taxes were taken for the loan."

The government responds that Department of Education records reflect only one payment of $564.62, obtained by way of federal tax refund offset in April 1995.  Defendant has not provided evidence that she paid her loan.  Relying on only bare allegations, Defendant has not presented grounds for relief from the judgment.  See Fed. R. Civ. P. 60(b).

Nor has Defendant presented a legal basis to object to the garnishment pursuant to 28 U.S.C. § 3202(d).  Accordingly, a hearing is not required.  See United States v. Miller, 588 F. Supp.2d 789, 797 (W.D. Mich. 2008) ("courts have denied a hearing where the debtor did not object based on one of the issues specified in 28 U.S.C. § 3202(d), where the objection is plainly without merit, or where the objection was simply a matter of statutory interpretation").

Therefore, IT IS HEREBY ORDERED that Defendant's request for hearing regarding the garnishment is DENIED.

s/John Corbett O'Meara  
United States District Judge

Date:  October 13, 2015

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, October 13, 2015, using the ECF system and/or ordinary mail.

s/William Barkholz  
Case Manager

-2-